# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 25-MJ-7223-JCB
13 Rantoul Ave, Apartment #2, Lynn, Massachusetts )
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

located in the _____ District of _____Massachusetts_____, there is now concealed *(identify the person or describe the property to be seized)*:

MAURICE BENNETT, dob xx/xx/1986, ssn xxx-xx-3513, and the cellular phone associated with the phone number ending in 5159

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g), 924(c), 924(o), 21 U.S.C. §§ 841, 843, 846 | Possession of a Firearms, Possession of Firearm in Furtherance of Drug Crime; Possession with Intent to Distribute, and Distribution of Controlled Substances, and Conspiracy to Commit those Offenses |

The application is based on these facts:

See attached affidavit of FBI Special Agent Eric Poalino, and Exhiibt 1, Exhibit 2, Exhibit 3, and Exhibit 4 to the affidavit that are incorporated by reference and attachment

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Eric Poalino*
Applicant's signature

FBI Special Agent Eric Poalino
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: 9:50 AM, May 15, 2025

*Judge's signature*

City and state: Boston, Massachusetts   Hon. Jennifer C. Boal, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A-2
### Property to Be Searched

The premises to be searched is Apartment 2 within a multi-unit apartment complex located at 13 Rantoul Avenue, Lynn, Massachusetts, 01902 ("TARGET LOCATION 2"). The structure at 13 Rantoul Avenue is a two-story building with Apartment 2 (TARGET LOCATION 2) being located on the second floor. A photo of TARGET LOCATION 2 and a satellite image depicting the physical location of the structure of 13 Rantoul Avenue, Lynn, MA, follow:



